CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 0 2 2015

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID CECIL YATES, JR., ) | |
| ) | Civil Action No. 7:14CV00082 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | By:   Hon. Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant. ) | |

This matter was referred to United States Magistrate Robert S. Ballou, pursuant to 28 U.S.C. § 636(b)(1)(B) for proposed findings of fact and a recommended disposition. The Magistrate Judge submitted a Report and Recommendation on August 12, 2015, in which he recommends that the Commissioner's motion for summary judgment be granted, and that the plaintiff's motion for summary judgment be denied. No objections to the Report and Recommendation having been filed, the court is of the opinion that the Report and Recommendation should be adopted in its entirety.

It is accordingly

ORDERED

as follows:

1. The August 12, 2015 Report and Recommendation (Dkt. #20) is ADOPTED in its entirety;
2. The Plaintiff's motion for summary judgment (Docket #19) is DENIED;
3. The Commissioner's motion for summary judgment (Docket #16) is GRANTED; and
4. This matter is STRICKEN from the active docket of the court.

The Clerk is directed to send a certified copy of this order to all counsel of record.

ENTER: September 2, 2015.

_____
Chief United States District Judge